BOBB *et al.*, *Appellants*, v. WOLFF *et al.*

DIVISION ONE.

**Constitution:** JURISDICTION OF SUPREME COURT: CASE INVOLVING TITLE TO REAL ESTATE. A suit in which the controversy is as to the proper apportionment, between life-tenants, remaindermen and assignees of their interests, of charges on realty created by special tax bills, does not involve title to real estate within the meaning of the constitution conferring appellate jurisdiction on the supreme court, regardless of the pecuniary sum involved, " in cases involving title to real estate."

*Appeal from St. Louis City Circuit Court.*

TRANSFERRED TO ST. LOUIS COURT OF APPEALS.

*Collins & Jamison* and *T. J. Rowe* for appellants.

*Frank Hicks* for respondents.

BARCLAY, J. — This suit involves a controversy between various members of the family of Mr. Bobb, interested in a piece of St. Louis realty in various ways, as life-tenants, remaindermen and assignees of such interests. The object of this particular case is to determine how certain special taxes for improvements on the property shall be apportioned and charged among the respective parties interested in said land. There are other questions in the case; but that just mentioned is the only one which, even remotely, appears to be of such nature as would give this court jurisdiction. The amount involved in the contention is far below $2,500.

This court has already held that actions to enforce special tax bills against real estate do not involve the title, within the meaning of the constitution referring to the jurisdiction of this court. *Corrigan v. Morris*

(1888), 97 Mo. 174.   For stronger reason, a controversy, concerning merely the proper apportionment of the charge established by such a tax bill, cannot be correctly regarded as involving title.

No satisfactory ground has been assigned on which this court can properly entertain this case.

It is, therefore, transferred to the St. Louis court of appeals for further proceedings.

All the judges of this division concur.